

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00561-CR

William Huizar **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-03-0075-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time, Appellant's brief was due on January 17, 2023. On the due date, Appellant filed a motion for another thirty-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on February 16, 2023. *See* TEX. R. APP. P. 38.6(d). Any further motion for extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court